# EXHIBIT B







*To Promote the Progress*                    *of Science and Useful Arts*

## The Director

*of the United States Patent and Trademark Office has received an application for a patent for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.*

*Therefore, this United States*

# Patent

grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the design throughout the United States of America or importing the design into the United States of America for the term set forth by law.

*Katherine Kelly Vidal*

DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

## Maintenance Fee Notice

No maintenance fees are required in design patents.


## Patent Term Notice

If the application for this patent was filed on or after May 13, 2015, the term of this patent is 15 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253. If the application for this patent was filed prior to May 13, 2015, the term of this patent is 14 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253.

Form **PTO-379C** (Rev 09/17)

US0D1020048S

(12) **United States Design Patent** (10) Patent No.: **US D1,020,048 S**
Richardson et al. (45) Date of Patent: ** Mar. 26, 2024

(54) **LIGHT**

(71) Applicant: **RBW STUDIO, LLC**, Kingston, NY (US)

(72) Inventors: **Theodore Richardson**, Kingston, NY (US); **Charles Brill**, Rhinebeck, NY (US); **Alexander Williams**, New Paltz, NY (US)

(73) Assignee: **RBW STUDIO, LLC**, Kingston, NY (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/922,337**

(22) Filed: **Dec. 21, 2023**

**Related U.S. Application Data**

(63) Continuation of application No. 29/856,429, filed on Oct. 13, 2022, now Pat. No. 1,012,346, which is a continuation of application No. 29/811,687, filed on Oct. 15, 2021, now Pat. No. Des. 970,788, which is a continuation of application No. 29/669,970, filed on Nov. 13, 2018, now Pat. No. Des. 935,085.

(51) LOC (14) Cl. ............................................... **26-05**
(52) U.S. Cl.
USPC .......................................... **D26/83**; D26/135
(58) Field of Classification Search
USPC ..... D26/24, 72, 80, 83, 85, 86, 89, 131, 135
CPC .... F21S 8/03; F21S 8/033; F21S 8/036; F21S 8/037; F21S 9/022; F21S 9/024; F21S 9/03; F21S 9/035; F21S 9/037; F21W 2131/107
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D38,578 S      5/1907  Morgan
D41,682 S  *  8/1911  Doyle ............................. D26/89

D47,608 S      7/1915  Owen
D50,208 S      1/1917  Peck
D52,001 S      5/1918  Adam
D56,074 S  *  8/1920  Mathieu ...................... D26/131
D57,463 S      4/1921  Harrison
(Continued)

FOREIGN PATENT DOCUMENTS

CA              187451          6/2020
EM     006433652-0001     7/2019
GB  9006433652-0001     5/2019

OTHER PUBLICATIONS

Stellar Lights, 3 Lights Wall Sconces by Kaiko Design Interiors. Available at kaikodesign.com. Site visited Jan. 16, 2024. <https://www.kaikodesign.com.au/shop/stellar-3-light-wall-sconce>. (Year: 2024).*

(Continued)

*Primary Examiner* — Clare E Heflin
(74) *Attorney, Agent, or Firm* — Saidman DesignLaw Group, LLC

(57) **CLAIM**

The ornamental design for a light, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a light showing our new design;
FIG. **2** is a top view thereof;
FIG. **3** is a bottom view thereof;
FIG. **4** is a left side view thereof;
FIG. **5** is a right side view thereof;
FIG. **6** is a front view thereof; and,
FIG. **7** is a rear view thereof.
The drawings include surface shading which illustrates contour and not surface ornamentation.
The broken lines depict portions of the light which form no part of the claimed design.

**1 Claim, 4 Drawing Sheets**



**US D1,020,048 S**

Page 2

(56)  **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D69,872 S | 4/1926 | D'Olier, Jr. | |
| D89,273 S | 2/1933 | Blau | |
| D92,659 S | 7/1934 | Kaynor | |
| D102,560 S | 12/1936 | Kopp | |
| D116,063 S | 8/1939 | Stewart | |
| 4,032,774 A | 6/1977 | Spicer | |
| D343,251 S | 1/1994 | Fouke et al. | |
| D359,374 S * | 6/1995 | Weinstock | D26/80 |
| D363,362 S * | 10/1995 | Davis, Sr. | D26/131 |
| D371,630 S | 7/1996 | Milicia | |
| D380,854 S | 7/1997 | Bray | |
| D421,149 S | 2/2000 | Chen | |
| D428,182 S | 7/2000 | Dolan | |
| 6,183,109 B1 | 2/2001 | Nelson et al. | |
| D441,129 S | 4/2001 | Lee | |
| D444,910 S | 7/2001 | Lee | |
| 6,364,502 B1 * | 4/2002 | Johnson | F21V 21/00 |
| | | | 362/132 |
| D461,272 S | 8/2002 | Davis, Jr. | |
| D465,301 S | 11/2002 | Dolan | |
| D469,561 S | 1/2003 | Thompson | |
| D470,266 S | 2/2003 | Davis, Jr. | |
| D518,594 S | 4/2006 | Brunner | |
| D592,788 S | 5/2009 | Sabernig | |
| D613,896 S | 4/2010 | Chandler | |
| D620,174 S * | 7/2010 | Sabernig | D26/86 |
| D620,630 S * | 7/2010 | Sabernig | D26/86 |
| D620,633 S | 7/2010 | Sabernig | |
| D662,247 S * | 6/2012 | Wauters | D26/83 |
| D662,248 S | 6/2012 | Wauters | |
| D662,644 S * | 6/2012 | Wauters | D26/83 |
| D744,633 S * | 12/2015 | Wang | D26/59 |
| D814,683 S | 4/2018 | Huyghe | |
| D828,941 S * | 9/2018 | Holmes | D26/89 |
| D834,236 S | 11/2018 | Amato et al. | |
| D843,045 S | 3/2019 | Vanslambrouck et al. | |
| D861,235 S | 9/2019 | Holmes | |
| D868,346 S | 11/2019 | Holmes | |
| D870,339 S * | 12/2019 | Govindani | D26/80 |
| D889,733 S | 7/2020 | Bowles | |
| D922,658 S | 6/2021 | Chen | |
| D935,085 S | 11/2021 | Richardson et al. | |

| | | | |
|---|---|---|---|
| D942,958 S | 2/2022 | Maier et al. | |
| D951,494 S | 5/2022 | Liu | |
| D970,788 S * | 11/2022 | Richardson | D26/85 |

### OTHER PUBLICATIONS

Craftmade Lighting—Three Light Vanity—indoor Wall Lighting—Dotti 3 Light. Available at walmart.com. Site visited Jan. 16, 2024. <https://www.walmart.com/ip/Craftmade-Lighting-Three-Light-Vanity-indoor-Wall-Lighting-Dotti-3-Light/517244879>. (Year: 2024).*

Sunlite 81032 LED Indoor Wall Sconce with Knob Style Glass Lens, ASIN: B0BKH82XZL. Date first available at amazon.com—Oct. 25, 2022. (Year: 2022).*

Pastille Wayfind Wall Sconce by Rich Brilliant Willing blogpost at sohomod.com posted Nov. 19, 2018. <https://www.sohomod.com/blog/pastille-wayfind-wall-sconce-by-rich-brilliant-willing/> (Year: 2018).

Pastille Wayfind by Rich Brilliant Willing blogpost by Leo Lei on Oct. 4, 2018 at leibal.com. <https://leibal.com/lighting/pastille-wayfind/> (Year: 2018).

Maxim Vesper 1-Light Wall Sconce, Model No. 26033SWSBRBK. Available from maximlighting.com as early as Jun. 30, 2020. (Year: 2020).

Glo-Ball Mini Ceiling Light by Jasper Morrison for FLOS—Item #: R013895. Available from lumens.com as early as Jun. 30, 2012. (Year: 2012).

Casablanca G501 4-Inch Opal Schoolhouse glass ASIN: B002SRJA5Y. Available from amazon.com Oct. 9, 2009. (Year: 2009).

Minka-Aire K9402L-ORB Universal 1 Light Oil Rubbed Bronze Outdoor Light Kit ASIN: B006ZV4EV4. Available from amazon. com Oct. 29, 2020. (Year: 2020).

Westinghouse Lighting 7784400 LED Schoolhouse Indoor/Outdoor Energy Star Ceiling Fan Light Kit, ASIN: B06ZZXSD9N. Available from amazon.com Apr. 19, 2017. (Year: 2017).

Savoy House FLGC-1108-FB Schoolhouse Indoor/Outdoor Fan-Light Kit, ASIN: B001YQ7YOY. Available from amazon.com Mar. 21, 2009. (Year: 2009).

Westinghouse 3 Light Flush Mount Ceiling Fixture, Model 6621400. Available at overstock.com. Site visited Jul. 29, 2023. (Year: 2023).

Forum—Corona Flush Ceiling Light, Model—SPA-PR-16838. Available at victorianplumbing.co.uk. Site visited Jul. 29, 2023. (Year: 2023).

* cited by examiner



**FIG. 1**



**FIG. 2**



**FIG. 3**



FIG. 4

FIG. 5



**FIG. 6**

**FIG. 7**