UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RBW STUDIO, LLC,

                              Plaintiffs,

   -against-

STONEHILL & TAYLOR ARCHITECTS, P.C., MICHAELIS BOYD, INC., THE LIGHTSTONE GROUP, LLC, BOWERY STREET ASSOCIATES, LLC, PTY LIGHTING, INC., and HPG INTERNATIONAL, INC.,

                              Defendants.
------------------------------------------------------------------X

Civ Case No.:
1:24-cv-03188

**NOTICE OF VOLUNTARY DISMISSAL OF CROSS CLAIMS WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Defendant-Crossclaim Plaintiff Michaelis Boyd, Inc. hereby gives notice that its crossclaims are voluntarily dismissed without prejudice. The Crossclaim defendants have not served an answer or motion for summary judgment in this action. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(B), Defendant-Crossclaim Plaintiff Michaelis Boyd, Inc.'s voluntary dismissal of its crossclaims is <u>without prejudice</u>.

Dated:  Melville, New York
          September 17, 2024

                                                    Yours, etc.,

                                                    L'ABBATE, BALKAN, COLAVITA
                                                    & CONTINI, LLP
                                                    Attorneys for Defendant
                                                    MICHAELIS BOYD, INC.

                                      By: _____
                                              Douglas R. Halstrom
                                              3 Huntington Quadrangle, Suite 102S
                                              Melville, New York 11747
                                              (516) 294-8844
                                              LBCC File 3060-109056

TO: ALL PARTIES VIA E-FILING