**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RBW STUDIO, LLC,

                                    Plaintiffs,

        -against-

STONEHILL & TAYLOR ARCHITECTS, P.C.,
MICHAELIS BOYD, INC., THE LIGHTSTONE
GROUP, LLC, BOWERY STREET ASSOCIATES,
LLC, PTY LIGHTING, INC., and HPG
INTERNATIONAL, INC.,

                                    Defendants.

-------------------------------------------------------------------X

Civ Case No.:
1:24-cv-03188

**NOTICE OF VOLUNTARY
DISMISSAL OF CROSS
CLAIMS WITHOUT
PREJUDICE PURSUANT
TO F.R.C.P. 41(a)(1)(A)(i)**

        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Defendant-Crossclaim

Plaintiff Michaelis Boyd, Inc. hereby gives notice that its crossclaims are voluntarily

dismissed without prejudice.  The Crossclaim defendants have not served an answer or

motion for summary judgment in this action. Accordingly, pursuant to Fed. R. Civ. P.

41(a)(1)(B), Defendant-Crossclaim Plaintiff Michaelis Boyd, Inc.'s voluntary dismissal of

its crossclaims is without prejudice.

Dated:  Melville, New York
        September 17, 2024

                                    Yours, etc.,

                                    L'ABBATE, BALKAN, COLAVITA
                                    & CONTINI, LLP
                                    Attorneys for Defendant
                                    MICHAELIS BOYD, INC.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: September 18, 2024
New York, New York

                        By: _____
                                    Douglas R. Halstrom
                                    3 Huntington Quadrangle, Suite 102S
                                    Melville, New York 11747
                                    (516) 294-8844
                                    LBCC File 3060-109056

TO:    ALL PARTIES VIA E-FILING