

**Lerner David** LLP
20 Commerce Drive
Cranford, NJ 07016
908 654 5000 main
lernerdavid.com

**Stephen F. Roth**
908.518.6362
sroth@lernerdavid.com

## MEMO ENDORSED

September 18, 2024

The Honorable Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> The request is granted. The Court adopts the proposed schedule outlined below. SO ORDERED.
>
> *[signature]*
>
> Edgardo Ramos, U.S.D.J.
> Dated: September 19, 2024
> New York, New York

Re: *RBW Studio LLC v. Stonehill & Taylor Architects, P.C. et al.*,
Civil Action No. 24-cv-3188 (ER)

Dear Judge Ramos:

We represent defendant PTY Lighting, Inc., in the above referenced matter. We are writing on behalf of all the parties that have appeared in the matter (Plaintiff RBW Studio LLC; and defendants Stonehill & Taylor Architects, P.C.; Lightstone Group, LLC; Michaelis Boyd, Inc.; Bowery Street Associates, LLC; and PTY Lighting, Inc.).

At the August 20, 2024 premotion conference before Your Honor, the Court granted plaintiff leave to file a Second Amended Complaint, and set a schedule for the defendants' motion to dismiss, if defendants so chose. The plaintiff timely served its Second Amended Complaint (Dkt. 66), and the above defendants continue to believe that plaintiff's asserted unjust enrichment claim is preempted by federal patent law.

At the premotion conference, the Court requested that defendants coordinate their motion papers to avoid duplicative briefing on the motion. To allow for that coordination and also due to scheduling conflicts of counsel, plaintiff and the above defendants have agreed to a short extension of the briefing to the following:

| Event | Original Date | Proposed Date |
| --- | --- | --- |
| Motion to Dismiss | September 24, 2024 | October 15, 2024 |
| Plaintiff's Response | October 15, 2024 | November 5, 2024 |
| Defendants' Reply | October 22, 2024 | November 12, 2024 |

No prior extensions have been requested. And no other dates are affected by this extension.



The Honorable Edgardo Ramos
September 18, 2024
Page 2

As for the motion regarding Michaelis Boyd's cross-claims discussed at the pre-motion conference, such motion has been mooted by Michaelis Boyd's recent voluntary dismissal of that claim (Dkt. 68).

We thank the Court for its courtesies.

Respectfully submitted,

By: s/ Stephen F. Roth
     Stephen F. Roth

cc: Counsel of Record