## LAW OFFICE OF
## SOLOMON N. KLEIN
99 WALL STREET, SUITE 1915
NEW YORK, NEW YORK 10005

TEL: 212.575.0202

**MEMO ENDORSED**

SKLEIN@SOLOMONKLEIN.COM

July 15, 2025

BY ECF ONLY
Hon. Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> The request is granted. The deadline for Defendants to respond to the complaint is extended to August 4, 2025. The conference scheduled for July 23, 2025 is adjourned to August 15, 2025 at 10:30 a.m.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: July 16, 2025
> New York, New York

Re:    *RBW Studio LLC v. Stonehill & Taylor Architects, P.C. et al.,* 24-cv-3188 (SDNY)

Dear Judge Ramos:

I write on behalf of all Defendants and with the consent of Plaintiff in the above-referenced matter.

On July 7, 2025 the Court issued its Opinion and Order denying the motions to dismiss filed by five of the Defendants in the case. Since July 7, Defendants have conferred and agreed to attempt a global resolution of this matter with Plaintiff over the next two weeks.

Consequently, Defendants, with the consent of Plaintiff, request a two-week extension for all Defendants to respond to the Second Amended Complaint – from July 21, 2025 to August 4, 2025. For the same reasons, we further request with the consent of Plaintiff to adjourn the conference currently scheduled for July 23, 2025 to August 13, 2025 (or such other date thereafter as the Court's schedule permits).

This is Defendants' first request for an extension to answer since the Court issued the Opinion and Order.

Thank you for your consideration.

Respectfully,

/s/ Solomon N. Klein
Solomon N. Klein

cc: all parties via ECF