UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RBW Studio, LLC,

                Plaintiff,

– against –

STONEHILL & TAYLOR ARCHITECTS, P.C.,
TODD LYONS, MICHAELIS BOYD, INC., THE
LIGHTSTONE GROUP, LLC, BOWERY STREET
ASSOCIATES, LLC, PTY LIGHTING, INC., *and*
HPG INTERNATIONAL, INC.,

                Defendants.

**ORDER**

24-cv-3188 (ER)

RAMOS, D.J.:

    On November 12, 2025, on consent, Defendants filed a request to extend their deadline to respond to the Second Amended Complaint from November 17, 2025, until December 15, 2025. Doc. 94. On November 13, 2025, the Court granted this request. Doc. 95.

    The status conference previously scheduled for November 20, 2025, at 11:30 a.m. is hereby rescheduled for December 17, 2025, at 11:30 am. The parties are directed to appear in Courtroom 619 of the United States Courthouse, 40 Foley Square, New York, NY 10007.

It is SO ORDERED.

Dated:   November 17, 2025
             New York, New York

                                          EDGARDO RAMOS, U.S.D.J.