AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____for the Southern District of New York_____ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:24-cv-03188 | DATE FILED<br>4/26/2024 | U.S. DISTRICT COURT<br>for the Southern District of New York |
|---|---|---|
| **PLAINTIFF**<br>RBW Studio, LLC | | **DEFENDANT**<br>Stonehill & Taylor Architects, P.C., Michaelis Boyd, Inc., The Lightstone Group, LLC, and Bowery Street Associates, LLC |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | D1,020,048 | 3/26/2024 | RBW Studio, LLC |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Stipulation of voluntary dismissal |

| CLERK<br>RUBY J. KRAJICK | (BY) DEPUTY CLERK<br>/S/ N. Dulal | DATE<br>12/22/2025 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

<pre>
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------- X
RBW STUDIO, LLC,                                :
                                                :   STIPULATION OF
                    Plaintiff,                  :   VOLUNTARY DISMISSAL
                                                :   PURSUANT TO F.R.C.P.
        vs.                                     :   41(a)(1)(A)(ii)
                                                :
STONEHILL & TAYLOR ARCHITECTS, P.C.,            :   Case No. 1:24-cv-03188
MICHAELIS BOYD, INC., THE LIGHTSTONE GROUP,     :
LLC and BOWERY STREET ASSOCIATES, LLC,          :
                                                :
                    Defendants.                 :
                                                :
--------------------------------------------------------------------- X
</pre>

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 4(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(l)(A)(ii), with each party bearing their own costs and fees.

BY: _____

*Bushell, Sovak, Kane & Sash LLP*
**Attorneys for Plaintiff RBW Studio, LLC**
*Christopher J. Sovak*
*csovak@bushellsovak.com*
*274 Madison Avenue, Suite 1500*
*New York, NY 10016*
*Telephone: 212-949-4700*

Dated: 12/17/25

BY: _David Constantine Radulescu_____

*Radulescu LLP*
**Attorneys for Defendant Stonehill & Taylor Architects, P.C.**
*David Constantine Radulescu*
*david@radip.com*
*5 Penn Plaza, 19th Floor*
*New York, NY 10001*
*Telephone: 646-502-5951*

BY: _Perry Saidman_____

*Saidman Designlaw Group, LLC*
**Attorneys for Plaintiff RBW Studio, LLC**
*Perry Saidman*
*perry.saidman@designlawgroup.com*
*6116 Executive Blvd., Suite 350*
*North Bethesda, MD 20852*
*Telephone: 202-236-0753*

Dated: December 18, 2025

BY: _Douglas Halstrom_____

*L'Abbate Balkan Colavita & Contini*
**Attorneys for Defendant Michael Boyd, Inc.**
*Douglas Halstrom*
*dhalstrom@lbcclaw.com*
*3 Huntington Quadrangle, Ste 102 S*
*Melville, NY 11747*
*Telephone: 516-306-2649*

Dated: December 18, 2025

Dated: December 18, 2025
BY: *Solomon N. Klein*

*The Law Office of Solomon N. Klein*
**Attorneys for Defendants The Lightstone Group, LLC and Bowery Street Associates, LLC**
*Solomon N. Klein*
sklein@solomonklein.com
*99 Wall Street, Suite 1915*
*New York, NY 10005*
*212-575-0202*

Dated: December 18, 2025
BY: *Noam Joseph Kritzer*

*Kritzer McPhee LLP*
**Attorneys for Defendant HPG International**
*Noam Joseph Kritzer*
*256 Columbia Turnpike*
*Ste Edison Suite, #204*
*Florham Park, NJ 07932*
*973-679-7272*
*nkritzer@kmpatentlaw.com*

Dated: December 18, 2025

BY: *Stephen F. Roth*

*Lerner, David, Littenberg, Krumholz & Mentlik, LLP*
**Attorneys for Defendant PTY Lighting, Inc.**
*Stephen F. Roth sroth@lernerdavid.com*
*20 Commerce Drive*
*Cranford, NJ 07016*
*908-654-5000*

Dated: December 18, 2025